DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRUCE A. HARTMAN and BLANCE M. HARTMAN,

Appellants,

v.

TOWER HILL SELECT INSURANCE COMPANY,

Appellee.

No. 2D2023-0853

_____

July 3, 2024

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Mark A. Nation and Paul W. Pritchard of The Nation Law Firm, Longwood, for Appellants.

C. Ryan Jones, Scot E. Samis, and Brandon R. Christian of Traub Lieberman Straus & Shrewsberry, LLP, Saint Petersburg, for Appellee.


PER CURIAM.

    Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.